UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:   §
         §
BARBER, MARK ALLEN   §   Case No. 13-37734
         §
         §
     Debtor(s)   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        Clerk of the U.S. Bankruptcy Court
        219 S. Dearborn
        Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/08/2014 in Courtroom 240,
        United States Courthouse
        c/o Kane County Courthouse
        100 S. 3rd. St., Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/06/2014          By: Kenneth S. Gardner
                                     Clerk of the Bankruptcy Court


*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
BARBER, MARK ALLEN § Case No. 13-37734
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 3,500.00 |
| and approved disbursements of | $ | 40.00 |
| leaving a balance on hand of[1] | $ | 3,460.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 875.00 | $ 0.00 | $ 875.00 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 41.30 | $ 0.00 | $ 41.30 |
| Total to be paid for chapter 7 administrative expenses | | $ | 916.30 |
| Remaining Balance | | $ | 2,543.70 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,412.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 57.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ 3,333.80 | $ 0.00 | $ 1,921.84 |
| 000002 | Capital One, N.A. | $ 1,078.74 | $ 0.00 | $ 621.86 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,543.70 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
Trustee

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Mark Allen Barber  
    Debtor

Case No. 13-37734-DRC  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0752-1 | User: mmyers | Page 1 of 1 | Date Rcvd: Jul 08, 2014 |
|---|---|---|---|
| | Form ID: pdf006 | Total Noticed: 16 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2014.

```
db             +Mark Allen Barber,    5 Weston Ct.,    South Elgin, IL 60177-2907
21028606       +Allied Interstate LLC,    PO Box 4000,    Warrenton, VA 20188-4000
21028608      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,     PO Box 85520,    Richmond, VA 23285)
21028609       +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
21590081        Capital One Bank (USA), N.A.,    USA NA by American InfoSource LP as agen,    PO Box 71083,
                 Charlotte, NC  28272-1083
21795697        Capital One, N.A.,    Attorney/Agent For Creditor,    c o Becket and Lee LLP,    POB 3001,
                 Malvern, PA 19355-0701
21028610       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
21028611       +Cindi Leon,    45W276 Freedom Court,    Hampshire, IL 60140-7514
21028612       +Diversified Adjustment,    600 Coon Rapids Blvd NW,    Coon Rapids, MN 55433-5549
21028613       +Diversified Adjustments,    Dasi-Bankrupcty,    Po Box 32145,    Fridley, MN 55432-0145
21028614        Illinois State Disbursement Unit,    PO Box 5921,    Carol Stream, IL 60197-5921
21028616       +Pierce and Associates,    1 North Dearborn, Suite 1300,    Chicago, IL 60602-4373
21028617      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,    Frederick, MD 21701)
21059049       +Wells Fargo Bank, N.A. servicing agent for HSBC Ba,    C/O,    Pierce & Associates,
                 1 N. Dearborn Ste 1300,    Chicago, IL 60602-4373
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
21028607       +E-mail/Text: RBALTAZAR@ARMORSYS.COM Jul 09 2014 01:20:34     Armor Systems Co,    1700 Kiefer Dr,
                 Ste 1,    Zion, IL 60099-5105
21028615       +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 09 2014 01:13:00     Kohls/capone,    Po Box 3115,
                 Milwaukee, WI 53201-3115
                                                                                               TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2014          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2014 at the address(es) listed below:

```
              Andrew J Nelson    on behalf of Creditor    Wells Fargo Bank, N.A. servicing agent for HSBC Bank
               USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Home Equity
               Asset-Backed Certificates, Series 2007-1 anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Christopher M Brown    on behalf of Creditor    Wells Fargo Bank, N.A. servicing agent for HSBC
               Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Home
               Equity Asset-Backed Certificates, Series 2007-1 northerndistrict@atty-pierce.com,
               cbrown@atty-pierce.com
              Joseph  Voiland     jrvoiland@sbcglobal.net,    jvoiland@ecf.epiqsystems.com
              Katerina Tsoukalas-Heitkemper    on behalf of Debtor Mark Allen Barber kheitkemper@bruninglaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                               TOTAL: 5
```